# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00187-CR

**The State of Texas, Appellant**

**v.**

**Jessica M. Martin, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 71,461, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State's motion to dismiss its appeal is granted.  *See* Tex. R. App. P. 42.2(a).  The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on State's Motion

Filed:   May 20, 2004

Do Not Publish